# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re *Todd Alexander Wells*
~~and~~

      *Sandra Marie Wells*
      *aka Sandra Marie Stennett*
      *aka Sandra Marie Coote*

_____ / Debtor

Case No.

Chapter  7

Attorney for Debtor:  *Tracy A. Walley*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: 6/28/10

_____
Debtor

_____
Joint Debtor

TODD ALEXANDER WELLS
SANDRA MARIE WELLS
42 HOLMAC RD
HEIDELBERG   MS   39439

HATTIESBURG CLINIC
PO BOX 22506
JACKSON   MS   39225-2506

SOUTH CENTRAL CLINICS
P O   BOX 1649
LAUREL   MS   39441

TRACY A   WALLEY
709 HARDY STREET
HATTIESBURG   MS   39401

HEALTH CARE FINANCIAL
PO BOX 320309
JACKSON   MS   39232-0309

SOUTH CENTRAL MEDICAL CENTE
P O   BOX 607
LAUREL   MS   39441

CAPITAL ONE
P O   BOX 6492
CAROL STREAM   IL   60197-649

HIGHLIGHTS FOR CHILDREN
P O   BOX 8577
RED OAK   IA   51591-1577

TILLERY DENTAL CLINIC
P O   BOX 4367
LAUREL   MS   39441

CELLULAR SOUTH
POST OFFICE 519
MEADVILLE   MS   39653

LOWES
P O   BOX 530914
ATLANTA   GA   30353-0914

TOWER LOAN OF LAUREL   (TODD)
2305 HWY 15 NORTH
LAUREL   MS   39440

COMMUNITY BANK
P O   BOX 265
LAUREL   MS   39441

NORTHSHORE AGENCY
270 SPAGNOLL RD
MELVILLE   NY   11747

TOWER LOAN OF LAUREL   (SANDR
2305 HWY 15 NORTH
LAUREL   MS   39440

ED FINACIAL SERVICES
DEPT 888055
KNOXVILLE   TN   37995-8055

OLD NAVY
P O   BOX 530942
ATLANTA   GA   30353

VERIZON WIRELESS
P O   BOX 105378
ATLANTA   GA   30348

EOS CCA
P O   BOX 556
NORWELL   MA   02061-0556

RADIOLOGY ASSOCIATES
P O   BOX 2427
LAUREL   MS   39440

WALMART
P O   BOX 530927
ATLANTA   GA   30353-0927

GE MONEY BANK
P O   BOX 960061
ORLANDO   FL   32896-0061

REGIONS BANK
P O   BOX 2453
BIRMINGHAM   AL   35287-2511

WESTGATE RESORT
P O   BOX 1308-48
CARLSBAD   CA   92013

GEMB/BELK
PO BOX 981491
EL PASO   TX   79998

RMCB
2269 SOUTH SAWMILL RD
BUILDING S
ELMSFORD   NY   10523-0938

WILDLIFE EXPLORER
P O   BOX 26599
LEHIGH VALLEY   PA   18002-65